IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00046-MR-WCM

| | |
|---|---|
| ALWINA FYKES, individually, on her own behalf and on behalf of all others similarly situated, </br></br>Plaintiff, </br></br>v. </br></br>HALLELUJAH ACRES, INC., a North Carolina corporation, and DOES 1 to 10, </br></br>Defendants. | ORDER |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 17) filed by M. Shane Perry. The Motion indicates that Mr. Perry, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that he seeks the admission of Ethan Preston, who the Motion represents as being a member in good standing of the Bars of California and of Texas. It further appears that the requisite admission fee has been paid.

The Motion also indicates that "[t]he Defendant parties have not responded to any communications in this case so counsel could not confer with opposing counsel on this matter." Doc. 17 at ¶ 8.

Seeing no facial defect in the Motion, the undersigned will grant the request. Any Defendant may, however, request that the admission of Ethan

1

Preston be reconsidered, after that Defendant has appeared in this matter. Any such request for reconsideration should be supported by specific objections to the instant *pro hac vice* admission.

**IT IS THEREFORE ORDERED THAT:**

1. The Motion for Admission Pro Hac Vice and Affidavit (Doc. 17) is **GRANTED**, and Ethan Preston is **ADMITTED** to practice *pro hac vice* before the Court in this matter while associated with local counsel.

2. This ruling is **WITHOUT PREJUDICE** to any Defendant's right to challenge Mr. Preston's admission, provided that any such motion is filed within **seven (7) days** of that Defendant's appearance in this matter and is appropriately supported.

Signed: June 28, 2024

W. Carleton Metcalf
United States Magistrate Judge