UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Case No. 1:23-CV-46

| | |
|---|---|
| **ALWINA FYKES, individually, on her own behalf and on behalf of all others similarly situated,**<br><br>Plaintiff,<br><br>v.<br><br>**HALLELUJAH ACRES, INC., a North Carolina corporation,**<br><br>Defendant. | **MOTION FOR DEFAULT JUDGMENT** |

**NOW COMES** Alwina Fykes, individually on her own behalf and on behalf of all others similarly situated, by and through counsel and requests this moves this Court pursuant to Federal Rule 55(b) for a default judgment against the Defendant, Hallelujah Acres, Inc. and renews her request to vacate the December 20, 2024, status conference. Pursuant to LCvR 7.2(c)(2), and in support of this Motion, the Plaintiff will file contemporaneously herewith a supporting memorandum of law.

**WHEREFORE**, Plaintiff prays that the Court enter a default judgment against Hallelujah Acres, Inc. in favor of Alwina Fykes under Federal Rule 55(b) for $11,000, and to remove the December 20, 2024, hearing from the court calendar, and for such other and further relief as this Court finds just and fair.

**TODAY** is December 13, 2024.

                                            **WILLIAMS & PERRY**

By:   */s/ M. Shane Perry*
         M. Shane Perry (N.C. State Bar No. 35986)
         109 W. Statesville Ave.
         Mooresville, NC 28115
         Telephone: (704) 663-4187

shane@williamsperry.com
*LCvR 83.1 Attorney for Plaintiff Alwina Fykes*

**PRESTON LAW OFFICES**

Ethan Preston (*pro hac vice*)
4054 McKinney Avenue, Suite 310
Dallas, Texas 75204
Telephone: (972) 564-8340
Facsimile: (866) 509-1197
ep@eplaw.us
*Attorney for Plaintiff Alwina Fykes*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Case No. 1:23-CV-46

| | |
|---|---|
| **ALWINA FYKES, individually, on her own behalf and on behalf of all others similarly situated,**<br><br>Plaintiff,<br><br>v.<br><br>**HALLELUJAH ACRES, INC., a North Carolina corporation, and DOES 1 to 10,**<br><br>Defendants. | **MOTION FOR DEFAULT JUDGMENT** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed electronically via CM/ECF with the United States District Court, Western District of North Carolina, with notification being sent by C</ECF and US Mail to the following:

        **Hallelujah Acres**
        **Attention: Corporate Officer**
        **834 South Post Road**
        **Shelby, North Carolina 28152**

**TODAY** is December 13, 2024.

        **WILLIAMS & PERRY**

By:    */s/ M. Shane Perry*
        M. Shane Perry (N.C. State Bar No. 35986)
        109 W. Statesville Ave.
        Mooresville, NC 28115
        Telephone: (704) 663-4187 shane@willaimsperry.com
        *LCvR 83.1 Attorney for Plaintiff Alwina Fykes*