# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **Alwina Fykes,** | ) | JUDGMENT IN |
| | ) | |
| Plaintiff, | ) | CASE 1:23-cv-00046- |
| | ) | |
| vs. | ) | MR-WCM |
| | ) | |
| **Does 1-10, et al,** | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 12, 2025 Order.

March 12, 2025

Katherine Hord Simon, Clerk
United States District Court